**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
**ANA S. GARCIA**

**ONGARO PC**
Scott S. Shepardson (SBN 197449)
sshepardson@ongaropc.com
Stephen Grimsrud (SBN 200153)
sgrimsrud@ongaropc.com
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Attorneys for Defendant,
**FCA US LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANA S. GARCIA**<br><br>             Plaintiff,<br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>             Defendants. | **CASE NO : 2:17-cv-02198-MRW**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Michael R. Wilner |

**ORDER**

-1-
[PROPOSED ORDER] GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 20, 2020   _____
HONORABLE JUDGE MICHAEL R. WILNER